1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FRANK VALENCIA,

              Petitioner,

   v.

RANDY GROUNDS,

              Respondent.

No.  CV 10-6550-CJC (AGR)

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: February 4, 2013

CORMAC J. CARNEY
United States District Judge